■ SUBIN ASSOCIATES, P. C., Appellant, v BRUCE BARON, Respondent.—Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on or about April 12, 1990, unanimously affirmed for the reasons stated by Harold Baer, Jr., J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Milonas and Rubin, JJ.

■ CROWLEY MARITIME CORPORATION et al., Appellants, v DISTRICT No. 1—PACIFIC COAST DISTRICT MARINE ENGINEERS' BENEFICIAL ASSOCIATION et al., Respondents.—Judgment and supplemental judgment, Supreme Court, New York County (Helen Freedman, J.), entered on December 12, 1989 and May 7, 1990, respectively, unanimously affirmed, for the reasons stated by Helen Freedman, J., with costs and with disbursements. Concur—Carro, J. P., Rosenberger, Kassal, Ellerin and Wallach, JJ.